```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :     INDICTMENT
                                  :
         - v. -                   :     19 Cr.
                                  :
WELLINGTON PINDER;                :
                                  :
         Defendant.               :
                                  :
- - - - - - - - - - - - - - - - - x
```

**19 CRIM 273**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: APR 1 6 2019

<u>COUNT ONE</u>

**(Assaulting and Resisting Court Security Officers)**

The Grand Jury charges:

On or about March 19, 2019, in the Southern District of New York and elsewhere, WELLINGTON PINDER, the defendant, knowingly and willfully did forcibly assault, resist, oppose, impede, intimidate, and interfere with persons designated in Title 18, United States Code, Section 1114, while such persons were engaged in and on account of the performance of their official duties, to wit, PINDER forcibly assaulted and, in doing so, made physical contact with Court Security Officers of the United States District Court for the Southern District of New York in New York County.

(Title 18, United States Code, Sections 111(a) and 1114.)

_Tracy Mitchell_
FOREPERSON

_Geoffrey S. Berman_
GEOFFREY S. BERMAN
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**UNITED STATES OF AMERICA**

v.

**WELLINGTON PINDER,**

Defendant.

---

**INDICTMENT**

19 Cr.

(Title 18, United States Code, Sections 111(a) and 1114.)

GEOFFREY S. BERMAN
United States Attorney

---

Foreperson

*[signature]*