UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X

UNITED STATES OF AMERICA,                            :

                    Plaintiff,                :        19 Cr. 273 (KPF)

         v.                                     :        ORDER

WELLINGTON PINDER,                               :

               Defendant.             :
------------------------------------------------------------ X

KATHERINE POLK FAILLA, District Judge:

It is hereby ORDERED, that the defendant, Wellington Pinder, USM# 76271-054, is hereby remanded to the custody of the United States Marshal.

SO ORDERED.

Dated:      October 13, 2021
            New York, New York

                                                KATHERINE POLK FAILLA
                                              United States District Judge